COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: FREDERICK L. MCGUIRE AND MCGUIRE KELLNER L.L.P. | § | No. 08-09-00171-CV |
| Relators. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relators, Frederick L. McGuire and McGuire Kellner L.L.P., ask this Court to issue a writ of mandamus against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id*. Based on the record before us, we are unable to conclude that Relators are entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Further, we lift the stay entered by previous written order of this Court.


GUADALUPE RIVERA, Justice

July 31, 2009

Before Chew, C.J., McClure, and Rivera, JJ.